UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATALIA CHRISTINA WADE,<br><br>Defendant. | No.  2:20-cr-00171-TLN<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Natalia Christina Wade's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 3.) The Government filed a non-opposition. (ECF No. 6.) For following reasons, the Court GRANTS Defendant's motion.

This matter was transferred to this Court from the Western District of North Carolina on September 21, 2020. (ECF No. 1.) On May 6, 2015, Defendant was convicted of conspiracy to possess with intent to distribute at least 100 kilograms of marijuana and conspiracy to commit money laundering. (ECF No. 2 at 3.) Defendant was sentenced to 87 months of imprisonment and 48 months of supervised release. (*Id.* at 4–5.) Defendant's dates of supervised release are December 20, 2019, to December 19, 2023. (ECF No. 1.) On February 24, 2022, Defendant filed the instant *pro se* motion for early termination of supervised release. (ECF No. 3.)

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The

statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18 U.S.C. § 3583(e)(1)). The Defendant has the burden to demonstrate that early termination of supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

Defendant requests early termination of supervised release based on her numerous medical conditions, her exemplary conduct for more than 25 months of her 48-month term of supervised release, and the support of her probation officer. (ECF No. 3 at 10–11.) The Government filed a non-opposition confirming that Defendant's probation officer supports early termination of Defendant's term of supervised release. (ECF No. 6 at 1–2.) The Government further indicates Defendant provided documentation of her medical conditions to the probation officer and has no violations of supervised release. (*Id.*) Lastly, the Government notes it reached out to the assigned Assistant United States Attorney in the charging district, who indicated he does not object to early termination. (*Id.*)

For the foregoing reasons, the Court finds Defendant has met her burden to show that early termination of supervised release is warranted pursuant to 18 U.S.C. § 3583(e). *Emmett*, 749 F.3d at 819. Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED. (ECF No. 3.)

IT IS SO ORDERED.

**DATED:** March 30, 2022

Troy L. Nunley
United States District Judge

2